# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ADRIAN TREMAYNE WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3264

[July 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Kollra, Judge; L.T. Case No. 16-7252 CF10A.

Carey Haughwout, Public Defender, and Timothy Wang, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***